AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MARQUIS VONTERRE JONES<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 13-8063-JMH<br>)<br>)<br>) |

FILED by _____ D.C.
FEB - 5 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  1/23/13  2/2/13  in the county of  Palm Beach and elsewhere  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC. Section 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

_____
Complainant's signature

Christina J. Pryor, Special Agent FBI
_Printed name and title_

I find probable cause. JMH
Sworn to before me and signed in my presence.

Date: 2/5/13

City and state:  West Palm Beach, Florida

_____
Judge's signature

James M. Hopkins, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

Your affiant, Christina Pryor, first being duly sworn, does hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so employed for more than 3 years. I am currently assigned to the Federal Bureau of Investigation (FBI) Safe Streets Task Force, Miami Division, Palm Beach County Resident Agency.

2. This affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation, and information provided to me by other law enforcement officers, victims, and witnesses. This affidavit does not purport to contain all the information known to me about this case but addresses only that information necessary to support a finding of probable cause for the issuance of a criminal complaint charging MARQUIS VONTERRE JONES of bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and 2.

3. On February 2, 2013, at approximately 10:40 a.m., a subject later identified as MARQUIS VONTERRE JONES (JONES) entered the Chase Bank branch located at 1710 S.W. Gatlin Blvd, Port St. Lucie, FL, 34953, St. Lucie County, Southern District of Florida, a bank whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC). JONES entered the bank and briefly stopped at the check counter in the middle of the lobby. He approached the teller area and walked to teller's station. JONES passed the teller a folded check with "Give me $100's - $50 - $20 If you scream, you die" written on it with a black sharpie type marker. JONES then took the check back and said in a low voice "If you scream, you die". The teller immediately pulled all of the larger bills out of his drawer (later

determined by the bank to be $1,215.00), and placed them on the counter. JONES reached over and dragged the money across the counter and placed it into his backpack. He asked to see the inside of the drawer, took a look, then picked up his backpack and walked out the front door, exiting towards SW Rosser Boulevard. The teller identified the subject as a tall, skinny, black male, approximately 24-25 years of age, wearing a dark colored baseball cap with an "M" on it, black mirrored sunglasses, a brown zipper sweatshirt, a white undershirt, a light brown polo shirt, light colored jeans, and carrying an older black backpack. He had no facial hair and was very clean shaven. He also had medium length dreads that stuck out on the sides his baseball cap. Still shots obtained from the bank's surveillance cameras confirmed the description.

4. On February 3, 2013, at approximately 3:49 p.m., the Palm Beach Sheriff's Office (PBSO) 911 received a call from Wendy's restaurant, located at 1376 North Military Trail, West Palm Beach, FL, advising they had been robbed. Following the armed robbery, an employee of the Wendy's restaurant revealed seeing the vehicle used in the robbery pull into the Cumberland Farms Gas Station which is located directly across the street from the restaurant. PBSO road Patrol Units conducted a lawful traffic stop on the stated vehicle (Black 2003 Isuzu, FL Tag 330-YJY) and detained the driver, MARQUIS JONES, a black male, date of birth xx/xx/1987 (for purposes of this affidavit, the day and month of the birth date have been redacted), and the front seat passenger, LESLIE WILLIAMS (WILLIAMS). Deputies located a loaded black Ruger model LC9 .380 semi-auto handgun bearing serial number 322-32729 (reported stolen ~~from PBSO~~) concealed from view in JONES' front waistband area. JONES was arrested and charged with armed robbery. WILLIAMS was brought to the Violent Crimes Division of the PBSO to be interviewed. During the recorded interview of WILLIAMS, she

2

revealed that JONES was her boyfriend and they have been living together at 13765 Sun Flower Court, Wellington, FL, for approximately one year. When shown still photographs from the following bank robberies:

    a. Floridian Community Bank, 1314 Greenview Shores, Wellington, FL 33414 01/23/2013

    b. Chase Bank, 10160 Northlake Blvd, West Palm Beach FL, 33412, 01/26/2013

    c. Chase Bank, 1480 Greenview Shores, Wellington, FL, 33414, 02/01/2013

    d. Chase Bank, 1710 S.W. Gatlin Blvd, Port St. Lucie, FL, 34953, 02/02/2013

WILLIAMS positively identified JONES as the bank robber. She also stated the clothing he was wearing in all of the photographs is clothing she has seen him wearing previously on other days.

    5. On February 4, 2013, CPL Larry Robinson, the step-father of JONES, who is also employed at PBSO's West Detention Center, at the District 5 Substation (Belle Glade), was interviewed. When presented with various photographs taken from video surveillance footage from the following robberies:

    a. Floridian Community Bank, 1314 Greenview Shores, Wellington, FL 33414 01/23/2013

    b. Chase Bank, 10160 Northlake Blvd, West Palm Beach FL, 33412, 01/26/2013

    c. Chase Bank, 1480 Greenview Shores, Wellington, FL, 33414, 02/01/2013

    d. Chase Bank, 1710 S.W. Gatlin Blvd, Port St. Lucie, FL, 34953, 02/02/2013

Robinson positively identified JONES in all of the photographs.

    6. On February 4, 2013, a search of the vehicle (Black 2003 Isuzu, FL Tag 330-YJY) was conducted and a black backpack was found on the front passenger's floor. WILLIAMS said in her interview the backpack was JONES'. Inside the backpack was what

appeared to be a book. Upon closer inspection, the book was found to actually be a small safe. The safe was opened and inside was a hand-written note in black stating "Give me your $100's, $50's, $20's  If you scream, you die". Also found in the safe was a prescription with the name of MARQUIS JONES as the patient. Also inside the back pack was JONES' Florida driver's license.

7. Evidence including video surveillance, still photographs, and demand notes, from bank robberies at following locations, on the following dates, with the following losses have been obtained by the FBI:

1. Floridian Community Bank, 1314 Greenview Shores, Wellington, FL 33414 01/23/2013 ($2,918)

2. Chase Bank, 10160 Northlake Blvd, West Palm Beach FL, 33412 01/26/2013 ($6,000).

3. Chase Bank, 1480 Greenview Shores, Wellington, FL, 33414 02/01/2013 ($2,500)

In each of the robberies, the subject can be seen in the video surveillance and still photographs. The subject in all of the robberies appears to be JONES.

8. I am aware that in addition to being federally insured by the Federal Deposit Insurance Corporation (FDIC), all Chase Bank branches (a) receive cash shipments from the United States Federal Reserve, which are transported and shipped in interstate commerce; and (b) that Chase Bank processes out-of-state checks and provides checks and distributes funds for its customers to other entities and companies outside the State of Florida, and that Chase Bank is thus a business engaged in interstate and foreign commerce. Thus, by depriving the Chase Bank of the funds described above, your affiant submits the robbery described above obstructed, delayed or affected commerce within the meaning of Title 18, United States Code,

Section 1951(b)(3).

Based on the foregoing facts, your affiant submits that probable cause exists to believe that MARQUIS VONTERRE JONES, committed the offenses of bank robbery, in violation of Title 18, United States Code, Sections 2113 (a), and 2.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Christina Pryor, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this __5__ day of ~~January,~~ 2013.
            February

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8063-JMH

IN RE: COMPLAINT

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes _____ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes _____ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY
By: _s/ A. Lothrop Morris_
LOTHROP MORRIS
Assistant United States Attorney
Florida Bar No. 0095044
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711